IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JERELL JOHNSON,

           Plaintiff,

v.                                Civil Action No. 3:23-cv-00008

SANTANDER CONSUMER USA INC.,
EQUIFAX INFORMATION SOLUTIONS,
INC., and EXPERIAN INFORMATION
SERVICES,

           Defendants.

## AGREED ORDER OF DISMISSAL

Comes now the parties, Plaintiff, Jerell Johnson, by and through his counsel, Benjamin Sheridan, and Defendant Santander Consumer USA Inc., by and through its counsel, James H. Burns, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that Plaintiff's claims against Defendant Santander Consumer USA Inc., and all claims related thereto, are hereby dismissed with prejudice.

ENTER: 10/25/23

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

1

Agreed to by:

*s/James H. Burns*
James H. Burns (WVSB #11928)
Matthew D. Patterson (WVSB #11566)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 255-9586

*Counsel for Defendant Santander Consumer USA Inc.*

*s/Benjamin M. Sheridan*
Benjamin M. Sheridan (WVSB #11296)
Jed R. Nolan (WVSB #10833)
KLEIN & SHERIDAN, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111

*Counsel for Plaintiff Jerell Johnson*