IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JERELL JOHNSON,

          PLAINTIFF,

                                            Civil Action No. 3:23-cv-00008

V.

EXPERIAN INFORMATION SOLUTIONS, INC.,

          DEFENDANTS,

---

## AGREED ORDER OF DISMISSAL

Comes now the parties, Plaintiff, Jerell Johnson, by and through his counsel, Benjamin Sheridan, and Defendant Experian Information Solutions, Inc., by and through its counsel, Michael Cardi, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

Accordingly, it is the **ORDER** and **JUDGEMENT** of the Court that Plaintiff's claims against Defendant Experian Information Solutions, Inc., and all claims related thereto, are hereby dismissed with prejudice.

ENTER: 11/27/23

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

Agreed to by:

*s/Benjamin M. Sheridan*
Benjamin M. Sheridan (WVSB #11296)
Jed R. Nolan (WVSB #10833)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304)562-7111

**Counsel for Plaintiff Jerell Johnson**


*s/ Michael C. Cardi*
Ashley Hardesty Odell (WVSB # 9380)
Michael C. Cardi (WVSB # 12228)
Bowles Rice LLP
125 Granville Square, Suite 400
Morgantown, WV 26501
(304) 285-2522
(304) 285-2575 – Fax
ahardestyodell@bowlesrice.com
mcardi@bowlesrice.com

**Counsel for Defendant Experian Information Solutions, Inc.**